No. 609. SCOTT *v.* UNITED STATES. January 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. C. L. McGuire* for petitioner.

No. 620. SLOCUM ET AL. *v.* FIRST NATIONAL BANK OF CHICAGO ET AL. January 13, 1941. Petition for writ of certiorari to the Appellate Court, 1st District, of Illinois, denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. Meyer Abrams* for petitioners. *Messrs. Max Swiren* and *Frank H. Towner* for the First National Bank et al.; and *Mr. Claire W. Hardy* for A. C. Allyn & Co., respondents.

No. 622. DRAVO CONTRACTING CO. *v.* JAMES, STATE TAX COMMISSIONER. January 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. MR. JUSTICE REED took no part in the consideration and decision of this application. *Messrs. Wm. S. Moorhead, Lawrence D. Blair, W. Chapman Revercomb,* and *W. Elliott Nefflen* for petitioner. *Messrs. Clarence W. Meadows,* Attorney General of West Virginia, and *W. Holt Wooddell,* Assistant Attorney General, for respondent.

No. 352. SUNSHINE MINING CO. *v.* NATIONAL LABOR RELATIONS BOARD. January 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Joseph C. Cheney* and *Charles H. Paul* for petitioner. *Solicitor General Biddle*